UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Shadae D. Jones<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-30708<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

**Order Dismissing Case For Material Default**

This matter coming before the Court on Trustee's Motion to Dismiss for Material Default, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 02, 2019

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300